**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6821**

FRANCIS BROOKS,

Plaintiff - Appellant,

v.

UNITED STATES OF AMERICA; GERRI LEVISTER, Warden; S. HOLLEMBAEK, Warden; DERICK PHILIP, Medical Doctor; TERRY KILPATRICK; C. DUCHESNE, Medical Doctor; JANELLE WILLIAMS, Psychiatrist,

Defendants - Appellees,

and

ALEX SEDA, Medical Doctor; JOHN DOES 1-100,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (5:16-ct-03166-BO)

Submitted: November 19, 2019                    Decided: November 22, 2019

Before WILKINSON and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Francis Brooks, Appellant Pro Se. Rudy E. Renfer, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Brooks appeals the district court's order denying relief on his complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680 (2012), and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brooks v. United States*, No. 5:16-ct-03166-BO (E.D.N.C. Nov. 9, 2017, July 20, 2018 & May 30, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*